## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>HEATHER IDONI         )<br>_____ ) | CASE NO. 1:22-cr-00096-CKK-7 |

### MOTION TO PERMIT INTERNATIONAL TRAVEL

Ms Heather Idoni, through undersigned counsel moves this Honorable Court to grant her permission for a single international trip. In support of this request, Ms Idoni states the following:

1. Ms Idoni was arraigned before this Honorable Court on 5 April, 2022, and released on her personal recognizance. A condition of release is to acquire court permission for international travel. Ms Idoni has a trip planned and arranged to Ukraine for April 14th through the 28th, 2022 for humanitarian work. She is an integral part of a missionary team which is traveling to the border of Moldova and Ukraine.

2. These arrangements were made before she knew she would be indicted for trespassing and conspiracy in this Federal Court.

3. Ms Idoni would be gone, if permitted by this Court, only for fourteen days. She would expect to stay in regular contact with her lawyer and pre-trial services during this time.

4. Ms Idoni understands that her next Court hearing is April 29th and she will be present to attend this hearing in person in Washington D.C., if required or via Zoom.

5. Ms Idoni and the missionary team are transporting loads of supplies for the hospitals and refugees. While there they will be working primarily with refugees, serving meals, providing clothing, caring for children and meeting other practical needs.

6.       Ms Idoni is personally serving as an interpreter due to her knowledge of the Russian language and previous travel experience in the area.  She has made roughly a dozen trips to Ukraine between 2014 and 2019 as her and her husband have legally adopted 10 sons from different areas of Ukraine during these years.

7.       The tickets for the current mission's trip have been purchased and have they have been planning for weeks and gathering supplies.

8.       Ms Idoni surrendered her passport on March 31, 2022 to the Federal Office of Pre-Trial Services in Flint, Michigan. She would request a determination from the Court that would allow her to temporarily retrieve her passport for this trip. Upon return she will once again surrender her passport. The Defendant does not plan to leave the country again before trial.

WHEREFORE, Heather Idoni, respectfully requests that this Honorable Court grant her permission for international travel.

Respectfully Submitted,

/s/ *Peter A. Cooper*

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Heather Idoni

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Permit International Travel is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 8th day of April, 2022.

/s/ *Peter A. Cooper*