# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEATHER IDONI, <br><br> Defendant. | Criminal Action No. 22-096-7 (CKK) |

# ORDER
(April 8, 2022)

The Court has received and reviewed Defendant Idoni's [43] Motion to Permit International Travel. Therein, Defendant requests permission to travel to Ukraine from April 14, 2022 to April 28, 2022 "for humanitarian work." Mot. ¶ 1. Although Defendant's commitment to volunteerism is admirable, given that a status hearing in this case is set for April 29, 2022 and given the serious felony charge Defendant Idoni faces in this case, it is hereby

**ORDERED** that Defendant Idoni's [43] Motion to Permit International Travel is **DENIED**.

**SO ORDERED.**

**Dated:** April 8, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge