# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                      Case No.: 1:22-cr-00096

HEATHER IDONI, et al

        Defendant.
_____/
UNITED STATES ATTORNEY
MATTHEW M. GRAVES
In & For the District of Columbia

PETER COOPER
Attorney for Defendant
_____/

## Defendant, Heather Idoni's, Emergency Revised Petition To Amend Bond to Permit International Travel

     NOW COMES Attorney for Defendant, Heather Idoni, and hereby states in his Ex Parte Petition the following:

1.     That Defendant had a trip for humanitarian work planned and arranged to Ukraine which can be rescheduled to return three days earlier on the 25th of April to make sure she is back by the next scheduled date of April 29, 2022. The trip would be from April 14th through the 25th, 2022. She is an integral part of a missionary team which is traveling to the border of Moldova and Ukraine. Also, she has an adopted son living in the Ukraine.

2.     That these arrangements were made before she knew she would be indicted for trespassing and conspiracy in this Federal Court.

3.     That Defendant would be gone, if permitted by this Court for only a short time. She would expect to stay in regular contact with her lawyer and pre-trial services during this time.

4.     That Defendant understands that her next Court hearing is April 29th and she will be present to attend this hearing in person in Washington D.C., if required or via Zoom.

5.      That the Defendant and the missionary team are carrying in loads of supplies for the hospitals and refugees. While there they will be working primarily with refugees, serving meals, providing clothing, caring for     children and meeting other practical needs.

6.      That Defendant is personally serving as an interpreter due to her knowledge of the Russian language and previous travel experience in the area.  She has  made roughly a dozen trips to Ukraine between 2014 and 2019 as she and her husband have legally adopted 10 sons from different areas of Ukraine     during these years.

7.      That the Defendant's tickets for the current missions trip have been purchased and they have been planning for weeks and gathering supplies.

8.      That the Defendant's passport was surrendered on March 31, 2022 to the Federal Office of Pre-Trial Services in Flint, Michigan. She would request a determination from the Court that would allow her to temporarily retrieve     her passport for this trip. Upon return I will once again surrender my          passport.  The Defendant does not plan to leave the country again before   trial.

　　　WHEREFORE, Attorney, Peter Cooper, for Defendant HEATHER IDONI, respectfully prays that this Honorable Court grant her permission for international travel.

Dated:  April 12, 2022                              /s PETER COOPER
　　　　　　　　　　　　　　　　　　　Attorney for Defendant