UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                      Case No. 1:22-cr-00096-7-CKK

LAUREN HANDY
JONATHAN DARNEL
JAY SMITH (AKA JUANITO PICHARDO)
PAULA "PAULETTE" HARLOW
JEAN MARSHALL
JOHN HINSHAW
HEATHER IDONI
WILLIAM GOODMAN and
JOAN BELL, and
HERB GERAGHTY

       Defendants.
_____/

## AMENDED
## DEFENDANT, HEATHER IDONI'S, PROPOSED
## INSTRUCTION PURSUANT TO 18 U.S.C. 248(d)(1)

    Nothing in these charges prohibits each Defendant from the free exercise of their religion through peaceful picketing or other peaceful demonstrations.

Dated: July26, 2023                      Respectfully submitted,

                                                /s/ ROBERT J. DUNN, P33726
                                            ROBERT J. DUNN, P33726
                                            Attorney for Defendant
                                            1413 Center Avenue
                                            Bay City, Michigan  48708
                                            989-894-1110

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendant's Amended Proposed Instruction Pursuant to 18 U.S.C. 248 (d)(1) and Certificate of Service was electronically filed on this date with the Clerk of the Court and all the parties of the case by Robert J. Dunn's office, Attorney for Defendant and emailed to Heather Idoni.

DATED:  July 26, 2023                              /s/CYNTHIA L. EIGNER_____
                                                                  CYNTHIA L. EIGNER
                                                                  Legal Assistant to Robert J. Dunn