UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                 Case No. 1:22-cr-00096-7-CKK

LAUREN HANDY
JONATHAN DARNEL
JAY SMITH (AKA JUANITO PICHARDO)
PAULA "PAULETTE" HARLOW
JEAN MARSHALL
JOHN HINSHAW
HEATHER IDONI
WILLIAM GOODMAN and
JOAN BELL, and
HERB GERAGHTY

      Defendants.
_____/

## DEFENDANT, HEATHER IDONI'S, PROPOSED INSTRUCTION ON DEFINITION OF "OPPRESS"

The term "oppress" means to keep someone in hardship or subservience , or to cause someone to feel heavily burdened mentally, or physically, or to commit malicious or unjust treatment in the exercise of power against another.

Sources: *Collins Dictionary*, *Oxford Dictionary*, and *Wikipedia*

Dated: July26, 2023                     Respectfully submitted,
                                                               /s/ ROBERT J. DUNN, P33726
                                                           ROBERT J. DUNN, P33726
                                                           Attorney for Defendant
                                                           1413 Center Avenue
                                                           Bay City, Michigan 48708

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendant's Proposed Instruction on Definition of "Oppress" and Certificate of Service was electronically filed on this date with the Clerk of the Court and all the parties of the case by Robert J. Dunn's office, Attorney for Defendant and emailed to Heather Idoni.

DATED:  July 26, 2023                             /s/CYNTHIA L. EIGNER_____
                                                                      CYNTHIA L. EIGNER
                                                                      Legal Assistant to Robert J. Dunn