UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-CR-96 (CKK) |
| | : | |
| HEATHER IDONI, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO RESCHEDULE SENTENCING

The United States, hereby, requests that Heather Idoni's sentencing be reset on its original date.

On August 29, 2023, Idoni, along with her codefendants, was convicted of violating 18 U.S.C. § 241 (conspiracy against rights) and 18 U.S.C. § 248(a)(1) (clinic access obstruction). Her sentencing is currently scheduled for June 21, 2024.  March 6, 2024 Minute Order.

Idoni has been charged with similar offenses in the United States District Court for the Eastern District of Michigan ("Michigan Trial"), and her trial had been scheduled to begin on April 11, 2024.  Accordingly, the government previously asked that the original sentencing date, May 14, 2024, be rescheduled, as to afford any conflict with the Michigan Trial.  The Court granted that request and rescheduled Idoni's sentencing for June 21, 2024.

On March 20, 2024, at Idoni's request, the Michigan Trial was continued until August 2024.

Since the Michigan Trial no longer presents a conflict, the government asks that Idoni's sentencing be reset on its original date, May 14, 2024.  We apologize to the Court for any inconvenience.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20001
john.d.crabb@usdoj.gov