Use the Tab key to move from field to field on this form.
Notice of Appeal Case 1:22-cr-00096-CKK   Document 633   Filed 06/10/24   Page 1 of 1
CO-290 Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1-22-cr-96 (CKK)-7
)
Heather Idoni )

## NOTICE OF APPEAL

Name and address of appellant:   Heather Idoni
Correctional Treatment Facility
1901 E St. Se
Washington DC 20002

Name and address of appellant's attorney:   Robert Dunn
1413 Center Ave
Bay City
MI 48708

Offense: Conspiracy Agaimst Rights/Freedom of Access to Clinic Entrances Act

Concise statement of judgment or order, giving date, and any sentence:

Judgment Order filed 5/29/24. (ECF 619). Twenty-four months (24) on Count One (1), Twelve (12) months on Count Two (2) to run concurrent to each other. Credut for time served.

Name and institution where now confined, if not on bail:   CTF, Washington DC

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6/6/24                                    Heather Idoni
DATE                                      APPELLANT

                                          ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?              YES [ ]   NO [✓]
Has counsel ordered transcripts?                    YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]